DONALD J. GREEN, ESQ.
Nevada Bar No. 1869
California Bar No. 112495
4760 South Pecos Road, Suite 103
Las Vegas, Nevada  89121
Cell:     (702) 409-8239
Fax:      (855) 459-8472
CrimeLV7777@aol.com
Attorney for Defendant
**SCARLETH OSORIO-PINA**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00220-GMN-bnw |
| Plaintiff, | **MEMORANDUM RE:** |
| | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| SCARLETH OSORIO-PINA, | |
| Defendant. | |

CERTIFICATION:  This MEMORANDUM is timely filed.

TO: HONORABLE BRENDA WEXLER, United States Magistrate Judge

TO: United States of America by and through the Office of the United States Attorney.

COMES NOW, Donald J. Green, Esq., who submits the foregoing MEMORANDUM in support of the SUBSTITUTION OF COUNSEL.

This MEMORANDUM is lodged pursuant to FRCrP 1 and 2.

The Court and the Government are respectfully advised as follows:

1. Immediately after defendant's arrest in Southern California on the charges which have ultimately led to this case, defendant consulted with counsel Green. Initially, counsel Green was going to enter an appearance for defendant in the United States District Court for the Southern District of California. Counsel Green has been as licensed attorney in California since 1983.
2. Counsel Green familiarized himself with this case prior to the Federal Indictment or Federal Information being filed against defendant in Southern California.
3. Defendant was then personally financially unable to retain counsel Green when the case was pending in San Diego.
4. Subsequently in 2020, while representing defendant's son on an unrelated Nevada case, counsel Green became aware of defendant's Federal case as well as her deteriorating mental and physical health. These revelations were due principally to the documented court records which show that counsel Green twice placed defendant's son into Mental Competency Court in the years 2020 and 2021. That is, counsel Green learned of the mental health history of his mother, being the defendant herein.
5. Counsel Green consulted defendant's brother and mother concerning the recent apprehension of the defendant in October 2021, being the present Probation Revocation proceedings. Counsel Green has known defendant's brother for over 25 years. In an email dispatched by counsel Green to the Office of the Federal Defender, this brief history was recounted.
6. Counsel Green respectfully brings these facts to the Courts attention to explain that this is no random Substitution of Attorney proceeding. In the past prior to defendant's arrest in

October 2021, counsel Green had already reviewed defendant's background vis-a-vis her deteriorating mental and physical health. So, there would be no substantial period for a "learning curve" as to the circumstances leading to the present revocation proceedings.

DATED this 19th day of OCTOBER, 2021.

LAW OFFICES OF DONALD J. GREEN

BY  /s/ Donald J Green Esq. 10/19/2021
   DONALD J. GREEN, ESQ.
   4760 S. Pecos Rd. #103
   Las Vegas, Nevada 89121
   Attorney for defendant
   SCARLETH OSORIO-PINA

**Order**
IT IS ORDERED that ECF No. 24 is GRANTED. IT IS FURTHER ORDERED that the motion hearing scheduled for 10/28/2021 is VACATED.

**IT IS SO ORDERED**
**DATED:** 10:01 am, October 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

**The undersigned certifies that on October 19, 2021, the foregoing MEMORANDUM was electronically served via CM/ECF filing system.**

        **UNITED STATES ATTORNEY**
        **Las Vegas, Nevada**

**Dated 10/19/2021**        **LAW OFFICES OF DONALD J. GREEN**

        **By ___/s/ Do**nald J. Green___